IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

NORTHERN DIVISION

| | |
|---|---|
| DUANE MORLEY COX<br><br>Plaintiff,<br><br><br>vs.<br><br><br>UTAH DIVISION OF WATER RIGHTS, and KENT L JONES, P.E. (in his official capacity),<br><br>Defendants | ORDER ADOPTING REPORT & RECOMMENDATION<br><br><br><br><br>Case No. 1:10-CV-194<br>Judge Dee Benson |

Before the court is the Report and Recommendation issued by United States Magistrate

Judge Brooke Wells on February 23, 2011, recommending that Defendants' Motion to Dismiss

be granted, and that Plaintiff's Motion for Order to Clarify Petitioner's Rights (Dkt. No. 9), and

Plaintiff's Motion to Strike Defendants' Motion to Dismiss (Dkt. No. 11) be denied or deemed

moot.  (Dkt. No. 18.)

The parties were notified of their right to file objections to the Report and

Recommendation within fourteen (14) days after receiving it.  On March 7, 2011, the Plaintiff

filed a document titled "Objection to Report and Recommendation and Motion for Withdrawal

of Complaint."  (Dkt. Nos. 19 & 20.)

Having reviewed all relevant materials, including Plaintiff's *pro se* objection, motion and

supporting memorandum, the record that was before the magistrate judge, and the reasoning set

forth in the magistrate judge's Report and Recommendation, the court agrees with the analysis

and conclusion of the magistrate judge.

Accordingly, the court ADOPTS the Report and Recommendation and issues the

following Order.  Defendants' Motion to Dismiss is GRANTED.  Plaintiff's Motion to Strike

Defendants' Motion to Dismiss is DENIED and Plaintiff's Motion for Order to Clarify

Petitioner's Rights is DENIED.

DATED this 16th day of March, 2011.

_____
Dee Benson
United States District Judge